UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CIVIL ACTION
NO. 05-238-T

BRENDA J. DIPIETRO,
Administratrix of the
Estate of Daniel E. DiPietro,
Plaintiff

VS.

DEAN A. PESANTE,
Defendant Third Party Plaintiff

VS.

ANDREW ACABBO,
Third Party Defendant

---

ANDREW ACABBO,
Plaintiff

CIVIL ACTION
NO. 03-154-T

VS.

DEAN PESANTE,
Defendant

**DEFENDANT, DEAN A. PESANTE'S, MOTION TO CONSOLIDATE**

Now comes the defendant, Dean A. Pesante, in the above entitled action, by and through his attorneys, Clinton & Muzyka, P.C., and moves this Honorable Court to consolidate Brenda J. DiPietro, Admin. V. Dean A. Pesante, C.A. No: 05-238-T and Andrew Acabbo v. Dean A. Pesante, C.A. No: 03-154-T, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

As a basis therefore, the defendant relies upon the attached Memorandum of Law, which is incorporated herein.

**WHEREFORE**, the defendant prays this Honorable Court consolidate Brenda J. DiPietro, Admin. V. Dean A. Pesante, C.A. No: 05-238-T and Andrew Acabbo v. Dean A. Pesante, C.A. No: 03-154-T, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

By his attorneys,

**CLINTON & MUZYKA, P.C.**

**Robert E. Collins**
**BBO NO. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

**ASSENTED TO:**

Stephen E. Breggia (REC)
BBO NO. 2865
BREGGIA, BOWEN & GRANDE
395 Smith Street
Providence, RI 02908
(401) 831-1900

Thomas J. Hunt (REC)
Thomas J. Hunt & Associates
18 North Water Street
New Bedford, MA 02740
(508) 994-7300

Joseph R. Daigle (REC)
BBO NO. 5429
GELFUSO & LACHUT
1193 Reservoir Avenue
Cranston, RI 02920
(401) 942-4300

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by: hand, mail, overnight mail, facsimile, on 9/14/05

Robert E. Collins

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CIVIL ACTION
NO. 05-238-T

BRENDA J. DIPIETRO,
Administratrix of the
Estate of Daniel E. DiPietro,
Plaintiff

vs.

DEAN A. PESANTE,
Defendant Third Party Plaintiff

vs.

ANDREW ACABBO,
Third Party Defendant

---

ANDREW ACABBO,
Plaintiff

CIVIL ACTION
NO. 03-154-T

vs.

DEAN PESANTE,
Defendant

**DEFENDANT, DEAN A. PESANTE'S, MEMORANDUM OF LAW IN SUPPORT OF HIS MOION TO CONSOLIDATE**

Now comes the defendant, Dean A. Pesante, in the above entitled action, by and through his attorneys, Clinton & Muzyka, P.C., and submits its Memorandum of Law in Support of his Motion to Consolidate Brenda J. DiPietro, Admin. V. Dean A. Pesante, C.A. No: 05-238-T and Andrew Acabbo v. Dean A. Pesante, C.A. No: 03-154-T.

As a basis therefore, the defendant states the following.

## I. FACTS

Both of these causes of actions arise out of a collision on September 25, 2002 near the entrance to Point Judith Harbor, Point Judith, Rhode Island. Dean A. Pesante was the owner/operator of the M/V OCEANA, a 39 foot fishing vessel. Plaintiff Andrew Acabbo was the owner of a 21 foot Boston Whaler motor boat, upon which Daniel E. DiPietro was a passenger/joint venturer. In the collision, Daniel E. DiPietro was allegedly injured and drowned.

## II. ARGUMENT

Rule 42 of the Federal Rules of Civil Procedure provides for consolidation where the matters involve a common question of law or fact. Rule 42(a) allows a District Judge to order consolidation of actions pending before the Court that involved a common question of law or fact. *Sutcliffe Storage & Warehouse Co. v. U.S.*, 162 F.2nd 849 (1st Cir. 1947). The case at bar, there can be no doubt, but that consolidation is proper. These suits arise out of a single incident, involving a collision of two vessels. This Honorable Court has treated the claimants concurrently, inviting the Estate of DiPietro to status conferences and settlement conferences even though they had not filed suit herein at the time.

**WHEREFORE**, the defendant prays this Honorable Court grant his Motion to Consolidate.

Respectfully Submitted,

By his attorneys,

**CLINTON & MUZYKA, P.C.**

Robert E. Collins
**BBO NO. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by: hand, mail, overnight mail, facsimile on 9-14-05

Robert E. Collins