UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANDREW ACABBO :
:
VS. : C.A. No. 03-154T
:
DEAN A. PESANTE :

# JUDGMENT

*In the above-entitled cause, in accordance with F.R.C.P. 54(a) judgment shall enter as follows:*

a. in favor of Plaintiff ANDREW ACABBO against Defendant DEAN A. PESANTE, for compensatory damages in the amount of Five Hundred Thousand ($500,000.00) Dollars plus statutory interest and costs;

b. in favor of Plaintiff ANDREW ACABBO against Defendant DEAN A. PESANTE on Defendant's counterclaim.

Andrew Acabbo,
By his Attorneys

Thomas J. Hunt (signature)

Thomas J. Hunt
THOMAS J. HUNT & ASSOCIATES
18 North Water Street, New Bedford, MA 02740
Telephone: (508) 994-7300
Facsimile: (508) 984-0755

March 21, 2006

Joseph Daigle (signature)

~~Alan Gelfuso #0421~~ Joseph Daigle #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue, Cranston, RI 02920
Telephone: (401) 942-4300
Facsimile: (401) 946-0970

March 24, 2006

Dean A. Pesante,
By his Attorneys

Robert Collins #2951
CLINTON & MUZYKA
1 Washington Mall, Boston, MA 02108
Telephone: (617) 723-9165
Facsimile: (617) 720-3489

March 16, 2006

ENTER.

Torres, J

April 18, 2006

PER ORDER:

CLERK